Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_October 4th_ 20 _23_

Ravi Subramanian, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANXAY XAYADETH,<br><br>Defendant. | NO. **CR23-161 JLR**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Possession of Controlled Substances with Intent to Distribute)

On or about September 6, 2023, in King County, within the Western District of Washington, SANXAY XAYADETH did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: cocaine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), substances controlled under Title 21, United States Code.

Indictment - 1
*United States v. Xayadeth*
USAO No. 2023R00967

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 2

**(Unlawful Possession of Ammunition)**

On or about September 6, 2023, in King County, within the Western District of Washington, SANXAY XAYADETH, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Rape in the First Degree, Burglary in the First Degree,* and *Robbery in the First Degree,* in Multnomah County Circuit Court, Oregon, under case number 930332160, on or about August 30, 1993;

ii. *Unlawful Possession of a Firearm,* in the Superior Court of Washington for King County, under case number 02-1-06883-5, on or about December 23, 2002;

iii. *Possession of MDMA with Intent to Distribute and Carrying a Firearm During an in Relation to a Drug Trafficking Crime,* in the Western District of Washington, under case number CR05-317-MJP, on or about March 28, 2007; and

iv. *Possession of a Stolen Firearm,* in the Western District of Washington, under case number CR15-240-JLR, on or about March 21, 2016;

did knowingly possess, in and affecting interstate and foreign commerce, ammunition, that is: 16 rounds of 22 caliber ammunition, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

Indictment - 2
*United States v. Xayadeth*
USAO No. 2023R00967

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 3

### (Unlawful Possession of a Firearm)

On or about September 6, 2023, in King County, within the Western District of Washington, SANXAY XAYADETH, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Rape in the First Degree, Burglary in the First Degree,* and *Robbery in the First Degree,* in Multnomah County Circuit Court, Oregon, under case number 930332160, on or about August 30, 1993;

ii. *Unlawful Possession of a Firearm,* in the Superior Court of Washington for King County, under case number 02-1-06883-5, on or about December 23, 2002;

iii. *Possession of MDMA with Intent to Distribute and Carrying a Firearm During an in Relation to a Drug Trafficking Crime,* in the Western District of Washington, under case number CR05-317-MJP, on or about March 28, 2007; and

iv. *Possession of a Stolen Firearm,* in the Western District of Washington, under case number CR15-240-JLR, on or about March 21, 2016;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock Model 19 semi-automatic pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, SANXAY XAYADETH shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but not limited to:

Indictment - 3
*United States v. Xayadeth*
USAO No. 2023R00967

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a.      one Glock Model 19, and any associated ammunition; and

b.      16 rounds of 22 caliber ammunition.

Upon conviction of either of the offenses alleged in Counts 2–3, SANXAY XAYADETH shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearms or ammunition that were used or involved in the offense. This property includes, but not limited to:

a.      one Glock Model 19, and any associated ammunition; and

b.      16 rounds of 22 caliber ammunition.

//

//

//

Indictment - 4
*United States v. Xayadeth*
USAO No. 2023R00967

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with a third party;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or,

      e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: *October 4, 2023*

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
ERIKA EVANS
Assistant United States Attorney

Indictment - 5
*United States v. Xayadeth*
USAO No. 2023R00967